THE HONORABLE CHRISTOPHER M. ALSTON

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

Chapter 7
Hearing Location:          700 Stewart Street, Room 7206
                           Seattle, WA 98101
HEARING DATE/TIME:  MARCH 9, 2018, 9:30 A.M.
Response Date:             March 2, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

GILMAN GALLERY, INC.,



                              Debtor.

NO.    17-13504-CMA

TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING TRUSTEE TO HIRE AN
AUCTIONEER TO SELL A VEHICLE

EDMUND J. WOOD, TRUSTEE, the Chapter 7 trustee herein, ("trustee"), by and through his legal counsel, David A. Gebben, Attorney At Law, hereby moves this Court, pursuant to 11 U.S.C. §363(b), and pursuant to Bankruptcy Rule(s) 2002, 6004 and/or 9013, for an order in the form of the *Proposed Order* which is attached hereto, and in support thereof the trustee states as follows:

1.      The above-named debtor was the owner of a 2013 Subaru Outback vehicle at the time of the debtor's Chapter 7 filing on 8-9-17.  Darlene Cohen, the President of the debtor company, was previously directed by this Court to surrender that vehicle to the trustee, or to an agent of the trustee, so that such vehicle could be held by the trustee's agent pending approval for a sale.  On or about 1-24-18, Ms. Cohen surrendered the subject vehicle to James G. Murphy, Inc., i.e. to the agent designated by the trustee to take possession of that vehicle.

2.      To the best of the trustee's knowledge, the subject 2013 Subaru Outback vehicle is not subject to any lien(s), and the debtor did not list any lien(s) or any secured debt(s) against that vehicle on the debtor's Chapter 7 Schedules.

TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING TRUSTEE TO HIRE AN
AUCTIONEER TO SELL A VEHICLE          -1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

3.     The trustee proposes to hire James G. Murphy, Inc. (the Murphy Co.), PO Box 82160, Kenmore, WA 98028, website: murphyauction.com, phone: 425-486-1246, to sell the debtor's 2013 Subaru Outback vehicle at a public auction that is projected to be held at the Murphy Co. auction site located at: 18226 68th Ave. NE, Kenmore, WA 98028, on 4-7-18 at 11:00 a.m.  The trustee proposes to sell the subject vehicle in "AS IS" condition, without any warranty, express or implied.  The trustee also proposes to pay a 10% sales commission to Murphy Co., based on the gross sale proceeds, which is the standard commission rate charged by Murphy Co. for vehicle sale(s).  The trustee's proposal to hire Murphy Co. is supported by the *Declaration Of Colin Murphy Under Bankruptcy Rule 2014* dated on or about 1-29-18, which is being submitted herewith.

4.     To the best of the trustee's knowledge, Murphy Co. is competent to perform the above-described auction, and has no conflict of interest in this matter and qualifies as a disinterested person in this matter, under 11 U.S.C. 101(14).

WHEREFORE, the trustee hereby prays for an order of the Bankruptcy Court in the form of the *Proposed Order* which is attached hereto.

Dated this ___2nd___ day of February, 2018.

David A. Gebben, Attorney At Law

_____/S/ David A. Gebben_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING TRUSTEE TO HIRE AN
AUCTIONEER TO SELL A VEHICLE        -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401