David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

THE HONORABLE CHRISTOPHER M. ALSTON
Chapter 7
Hearing Location: 700 Stewart Street, Room 7206
Seattle, WA 98101
HEARING DATE/TIME: JUNE 15, 2018, 9:30 A.M.
Response Date: June 8, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re:<br>GILMAN GALLERY, INC.,<br><br>Debtor. | NO. 17-13504-CMA<br><br>TRUSTEE'S MOTION FOR APPROVAL OF HIS SETTLEMENT WITH DARLENE COHEN, AND TO ABANDON SOME RECORDS OF THE DEBTOR COMPANY, AND FOR AN ORDER ALLOWING CLAIMS |
|---|---|

EDMUND J. WOOD, TRUSTEE, the Chapter 7 trustee herein, ("trustee"), by and through his legal counsel, David A. Gebben, Attorney At Law, hereby moves this Court, pursuant to 11 U.S.C. §§ 502, 541, 547 and 726, and pursuant to Bankruptcy Rules 2002, 3001, 3002, 9013 and/or 9019, for an order in this matter in the form of the *Proposed Order* which is attached hereto, and in support thereof the trustee states as follows:

BACKGROUND:

The above-named debtor company filed its Chapter 7 Petition on 8-7-17. At the time of filing, Darlene Cohen ("Ms. Cohen"), was the President and sole owner of the debtor company. During the course of this case, the trustee identified and/or asserted some claim(s) against Ms. Cohen, including a claim that Ms. Cohen (allegedly) did not disclose all of the debtor's inventory to the trustee at the time of the filing, and a potential insider preference claim related to some pre-filing payment(s) in the total amount of approximately $35,000 that the debtor (allegedly) made to Ms. Cohen on or within one year prior to the date of filing on account of one or more loan(s) that Ms. Cohen made to the debtor company prior to the date of filing. Those claim(s) and potential claim(s) were described in one or more

TRUSTEE'S MOTION FOR ORDER APPROVING
HIS SETTLEMENT WITH DARLENE COHEN,
AND FOR AN ORDER ALLOWING CLAIMS         -1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 49    Filed 05/17/18    Ent. 05/17/18 14:13:10    Pg. 1 of 4

pleading(s) that were previously filed herein. See, e.g., Docket No. 33, Docket No. 39, Docket No. 45. For her part, Ms. Cohen disputed the trustee's claim(s). See, e.g., Docket No. 44, Docket No. 46. She also filed a Proof of Claim herein in the amount of $70,000, and that claim is known as Claim No. 19 on the Claims Register for this case. Ms. Cohen has previously turned over some records of the debtor company to the trustee. But she also has possession of, or control over, some other records of the debtor company, which she has indicated are burdensome and expensive to maintain. See, e.g., Docket No. 46.

MOTION TO APPROVE SETTLEMENT:

In the interest of resolving any and all dispute(s) by and between the trustee and Ms. Cohen, those parties have now entered into a *Stipulation For Settlement By And Between The Trustee And Darlene Cohen* dated 5-10-18. In general, under the terms of that agreement, the trustee has agreed to release any and all claim(s) against Ms. Cohen, including a potential insider preference claim in the amount of approximately $35,000. The trustee has also agreed to abandon the estate's interest in any records of the debtor company that were not previously turned over to the trustee, including any records of the debtor company that are currently under the control of Ms. Cohen. For her part, Ms. Cohen has agreed to release any and all claim(s) against the trustee, or against the bankruptcy estate, including all claim(s) described on Claim No. 19 in this matter which was filed by Ms. Cohen in the total amount of $70,000.

As described in some prior pleading(s) in this matter (see, e.g., Docket No. 33, Docket No. 39, Docket No. 44, Docket No. 45, Docket No. 46), the trustee and Ms. Cohen have previously raised several dispute(s) that could be very time consuming and very costly, to pursue through litigation. It also appears that the amount(s) that are involved in those dispute(s), and the potential recovery for the estate, is quite limited. The trustee is also concerned about the priority wage claim that Ms. Cohen filed in this matter in the amount of $12,850 (which represents a portion of Claim No. 19), because if that claim would take precedence over all of the other claims in this matter if it was allowed. Instead, Claim No. 19 is withdrawn as a claim against that estate under the terms of the trustee's settlement with Ms. Cohen.

In summary, the trustee submits that his proposed compromise agreement with Ms. Cohen is reasonable under the compromise criteria which are set forth in *In re A&C Properties*, 784 F.2d 1377

TRUSTEE'S MOTION FOR ORDER APPROVING
HIS SETTLEMENT WITH DARLENE COHEN,
AND FOR AN ORDER ALLOWING CLAIMS         -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 49    Filed 05/17/18    Ent. 05/17/18 14:13:10    Pg. 2 of 4

(9thCir. 1986), because the agreement is designed to provide the bankruptcy estate with a meaningful benefit – i.e. by removing a significant Proof of Claim in this case – and because the agreement will allow the bankruptcy estate to avoid the risk, and expense, of litigation related to some actual and potential dispute(s) between the trustee and Ms. Cohen. Thus, the trustee submits that his proposed compromise agreement with Ms. Cohen is fair and equitable, and he recommends that the same should be approved by the Bankruptcy Court, pursuant to 11 U.S.C. §541(a) and Bankruptcy Rule 9019.

MOTION TO ABANDON SOME RECORDS OF THE DEBTOR COMPANY:

As mentioned in some prior pleading(s) in this matter – see, e.g., Docket No. 40 – the trustee has previously taken possession of some of the records of the debtor company. Those records have been sufficient to allow the trustee to carry out the administration of this case, to date, and the trustee believes that he has sufficient records on hand for the remaining purposes of this case. Consequently, the trustee agreed to abandon any records of the debtor company that are not currently in his possession, including any records of the debtor company that are currently under the control of Ms. Cohen. Thus, the trustee now proposes to abandon any interest that the bankruptcy estate herein might have in any records of the debtor company that are not currently in his possession, including any records of the debtor company that are currently under the control of Ms. Cohen, pursuant to 11 U.S.C. §554(a), as records that are burdensome to the bankruptcy estate and of inconsequential value to the bankruptcy estate.

MOTION FOR ORDER ALLOWING CLAIMS:

Under the terms of the *Notice To File Proof Of Claim Due To Recovery of Assets* which was issued in this case by the Clerk of the Court on 9-18-17, a deadline of 12-22-17 was set for creditors to submit timely-filed claims. In addition, under 11 U.S.C. §726(a)(2)(C), any creditors who did not submit timely claims may still submit late-filed claims and those claims can be allowed as tardily-filed claims.

Claim No. 19 herein was filed by Darlene Cohen in the total amount of $70,000.00; however, that claim has been withdrawn and released by Ms. Cohen under the terms of the trustee's compromise agreement with Ms. Cohen. Thus, Claim No. 19 should *not* be allowed as a claim against the estate.

TRUSTEE'S MOTION FOR ORDER APPROVING
HIS SETTLEMENT WITH DARLENE COHEN,
AND FOR AN ORDER ALLOWING CLAIMS          -3-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 49    Filed 05/17/18    Ent. 05/17/18 14:13:10    Pg. 3 of 4

Claim No. 22 herein was filed by the IRS as a priority tax claim to the extent of $2,837.28, and Claim No. 33 herein was filed by Wash. Dept. of Revenue as a priority tax claim in the amount of $10,059.66 and Claim No. 53 herein was filed by Wash. Dept. of Labor and Industries as a priority tax claim in the amount of $307.89. Thus, the trustee now proposes to allow the priority portion(s) of those claim(s) as follows:

*Unsecured Priority Tax Claims Under 11 U.S.C. §507(a)(8):*

| Claim No. | Claimant: | Amount: |
|---|---|---|
| 22 | Internal Revenue Service | $ 2,837.28 |
| 33 | Wash. Dept. of Revenue | 10,059.66 |
| 53 | Wash. Dept. of Labor and Industries | 307.89 |
| Total: | | $ 13,204.83 |

It also appears that several duplicate claims were filed in this case. For example, Claim No. 12 herein, which was filed by Scarlett Cava in the amount of $1,009.81, was superseded and replaced by Claim No. 13 which was filed by the same creditor in the same amount, and Claim No. 21, which was filed by Independence Bank in the amount of $133,225.43, was superseded and replaced by Claim No. 26 which was filed by the same creditor in the same amount, and Claim No. 23, which was filed by Hmmworks, LLC in the amount of $912.66, was superseded and replaced by Claim No. 28 which was filed by the same creditor in the same amount.

Thus, the trustee now proposes to allow all of remaining claims that were filed in this case at this time as claims against the estate, except for any claims that appear to have been superseded and replaced by subsequent claims which were filed by the same creditor in the same amount.

WHEREFORE, the trustee prays for an order of this Court in the form of the *Proposed Order* which is attached hereto.

Dated this ___*17th*___ day of May, 2018.

David A. Gebben, Attorney At Law
____*/S/ David A. Gebben*_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

TRUSTEE'S MOTION FOR ORDER APPROVING
HIS SETTLEMENT WITH DARLENE COHEN,
AND FOR AN ORDER ALLOWING CLAIMS  -4-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 49    Filed 05/17/18    Ent. 05/17/18 14:13:10    Pg. 4 of 4