Entered on Docket June 5, 2018

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

THE HONORABLE CHRISTOPHER M. ALSTON
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>GILMAN GALLERY, INC.,<br><br><br>Debtor. | NO. 17-13504-CMA<br><br>EX-PARTE ORDER AUTHORIZING TRUSTEE TO CONDUCT BANKRUPTCY RULE 2004 EXAM OF BANK OF AMERICA, N.A. |

THIS MATTER having come on before this Court, upon application by the Chapter 7 trustee herein, EDMUND J. WOOD, TRUSTEE ("trustee"), and this Court having reviewed the records and files herein, and good cause appearing to this Court for entry of the following order in this matter, under Bankruptcy Rule 2004, now therefore it is

EX-PARTE ORDER AUTHORIZING TRUSTEE
TO CONDUCT BANKRUPTCY RULE 2004 EXAM       -1-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 59    Filed 06/05/18    Ent. 06/05/18 14:54:44    Pg. 1 of 2

**Below is the Order of the Court.**

ORDERED that the trustee is hereby authorized by this Court to conduct a Bankruptcy Rule 2004 Exam of Bank of America, N.A., at such time and such place as may be designated by the trustee, for the purpose of obtaining information and/or documentation on matter(s) related to this bankruptcy case, by means of a subpoena which may be issued by the trustee, pursuant to Bankruptcy Rule 9016, provided that the trustee shall provide at least 20 days prior written notice to Bank of America, N.A. of that Bankruptcy Rule 2004 Exam.

/// End of Order ///

Presented by:
David A. Gebben, Attorney At Law
____*/S/ David A. Gebben*_____
By: David A. Gebben, WSBA #16290
Counsel to the trustee

EX-PARTE ORDER AUTHORIZING TRUSTEE
TO CONDUCT BANKRUPTCY RULE 2004 EXAM     -2-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 59    Filed 06/05/18    Ent. 06/05/18 14:54:44    Pg. 2 of 2