**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

THE HONORABLE CHRISTOPHER M. ALSTON
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | NO. 17-13504-CMA |
| GILMAN GALLERY, INC., | ORDER APPROVING TRUSTEE'S SETTLEMENT WITH DARLENE COHEN, AUTHORIZING TRUSTEE TO ABANDON SOME RECORDS OF THE DEBTOR COMPANY, AND ALLOWING PRIORITY CLAIMS |
| Debtor. | |

THIS MATTER having come on regularly before this Court, upon *Trustee's Motion For Approval Of His Settlement With Darlene Cohen, And To Abandon Some Records Of The Debtor Company, And For An Order Allowing Claims* dated 5-17-18 (Docket No. 49), as filed by Edmund J. Wood, Trustee, the Chapter 7 trustee herein ("trustee"), and this Court having reviewed all of the records and files herein related to that motion, including the motion, the *Amended Notice Of Hearing* related to the motion, the *Certificate of Service* related to the *Amended Notice Of Hearing*, the *Stipulation For Settlement Between The Trustee And Darlene Cohen* dated 5-10-18 and the *Declaration Of No Opposition, Pursuant To Local*

ORDER APPROVING TRUSTEE'S
SETTLEMENT WITH DARLENE COHEN, ETC.     -1-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 64    Filed 06/13/18    Ent. 06/13/18 15:26:25    Pg. 1 of 3

**Below is the Order of the Court.**

*Rule 9013-1* dated 6-7-18, and this Court having determined that the trustee's motion is reasonable and should be granted on the terms which are set forth below, pursuant to 11 U.S.C. §§ 502, 541, 547 and 726, and pursuant to Bankruptcy Rules 2002, 3001, 3002, 9013 and/or 9019, now therefore it is

ORDERED that trustee's settlement with Darlene Cohen, as set forth in the *Stipulation For Settlement Between The Trustee And Darlene Cohen* dated 5-10-18, is hereby approved and confirmed by this Court as a reasonable compromise which is designed to resolve actual and potential dispute(s) by and between the parties to that agreement in a fair and equitable manner, in accordance with *In re A&C Properties*, 784 F.2d 1377 (9th Cir. 1986);

AND IT IS FURTHER ORDERED that the trustee is hereby authorized by this Court to abandon any records of the debtor company that are not currently in the trustee's possession, including any records of the debtor company that are currently in the possession of, or under the control of, Darlene Cohen, pursuant to 11 U.S.C. § 554(a), as records that are burdensome to the bankruptcy estate and of inconsequential value to the bankruptcy estate, and those records shall be deemed by this Court to be abandoned by the trustee upon the entry of this order;

AND IT IS FURTHER ORDERED that Claim No. 19 herein, which was filed by Darlene Cohen in the total amount of $70,000.00, is hereby determined by this Court to have been withdrawn and released by Ms. Cohen, pursuant to the terms of the above-mentioned settlement agreement;

AND IT IS FURTHER ORDERED that the following claims are hereby allowed by this Court as priority tax claims in the amounts listed below:

*Unsecured Priority Tax Claims Under 11 U.S.C. §507(a)(8):*

| Claim No. | Claimant: | Amount: |
|---|---|---|
| 22 | Internal Revenue Service | $ 2,837.28 |
| 33 | Wash. Dept. of Revenue | 10,059.66 |
| 53 | Wash. Dept. of Labor and Industries | 307.89 |
| Total: | | $ 13,204.83 |

/// End of Order ///

ORDER APPROVING TRUSTEE'S
SETTLEMENT WITH DARLENE COHEN, ETC.     -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 64    Filed 06/13/18    Ent. 06/13/18 15:26:25    Pg. 2 of 3

Presented by:
David A. Gebben, Attorney At Law

*/S/ David A. Gebben*
By: David A. Gebben, WSBA #16290
Counsel to the trustee

ORDER APPROVING TRUSTEE'S
SETTLEMENT WITH DARLENE COHEN, ETC.     -3-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 64    Filed 06/13/18    Ent. 06/13/18 15:26:25    Pg. 3 of 3