September 18, 2018

FILED
Western District of Washington
at Seattle
SEP 20 2018
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

To: Clerk of Court US Bankruptcy Court
for W. Wa. @ Seattle

Regarding: Gilman Gallery Chapter 7
#17-13504-CMA

Copy to Edmund Wood 303 N 67TH St
Seattle

Dear Mr. Edmund Wood,
Please do no reject my claim.
In addition to the rejected check
(copy enclosed), here is the
statement issued for time period
July 1 - July 31, 2017 from Gilman
Gallery.
As you can see, the breakout
is for Gross Sales - $251.60
Credits - $220.00
with fee of minus $30.19

total payment due to me was $441.41.

Also enclosed is the detail list

of items sold in my booth at the antique mall (gilman gallery) for that same period.

Booth #208 is a space I occupied for two years.

Also enclosed, last page of rental agreement signed by Darlene Cohen. (July 2015)

Forgive my tardiness in filing my claim. I somehow believed Darlene when she told me that the trustee would get in touch with me.

Apparently that is not the process, as was told to me.

Thank you for your consideration of giving me the money owed to me.

LDecker
PO Box 1443
Issaquah Wa.

Previous Address
28412 SE 216th Lane
Maple Valley, WA 98038

PO Box 542
Hobart Wa 98025

Oh. Here is also a copy of my Reseller Permit.

Perhaps on the petition or matrix of creditors you will find me listed by my first name, Mary, or by my previous business name DECKERSTUFF.

Thanks, LD.



August 16, 2017

Richard Decker
28412 SE 216th Lane
Maple Valley, WA 98038

*We have moved from Maple Valley to Issaquah.*

*Leslie + Richard Decker
P.O. Box 1443
Issaquah WA 98027*

**Notice of Returned Deposit on Account Number** █████████

We are writing to let you know that an adjustment in the amount of **441.41** was made to your account for the following reason:

**FROZEN/BLOCKED ACCOUNT**

For your reference, the attached check image is a copy of the check that was returned.

**Questions?**
We are here to help answer any questions that you may have regarding this matter. Please contact a BECU representative at **800-233-2328**.

---

*32508140*
08/16/2017
1001001480

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-F
FROZEN/BLOCKED ACCOUNT

ORIGINAL IRD™

FROZ/BLOCK ACC

Gilman Gallery, Inc. 08-15
P.O. Box 1715
Issaquah, WA 98027
425 391 8640

WELLS FARGO BANK, N.A.
P.O. Box 6995
Issaquah, WA 98027
19-454/1250

7152

Aug 7, 2017

PAY TO THE ORDER OF  Leslie Decker                    $ 441.41

FOUR HUNDRED FORTY-ONE AND 41/100                      DOLLARS

MEMO                                    AUTHORIZED SIGNATURE

⑈007152⑈ ⑆125008547⑆ 727175098⑈

Gilman Gallery, Inc.     7152

Dealer ID#208   Dates: Jul 1, 2017 - Jul 31, 2017    Aug 7, 2017

```
GROSS SALES..................$251.60

FEES......................($30.19)
CREDITS....................$220.00

PAYMENT AMOUNT...............$441.41
```

DECKER STUFF
Leslie Decker
PO Box 542
Hobart, WA 98025

# Dealer Sales Settlement Report

## Leslie Decker (#208)

160103 - SETTLED - Full Settlement (key date: 07/31/2017, date range: 07/01/2017 - 07/31/2017)

| Date | ItemID | ItemDescription | LW | RS | Trans Fee | List Price | Dsc% | SubTotal | Total | Csg% | Std% | Pmt Type | Gross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2017 | | SILVER BELL | | | | $10.00 | 30% | $7.00 | $7.00 | | | CHARGE | $7.00 |
| 07/01/2017 | | ENAMEL BOWL | | | | $9.00 | 30% | $6.30 | $6.30 | | | CHARGE | $6.30 |
| 07/04/2017 | | SP CORN COB HOLDERS | | | | $29.00 | 30% | $20.30 | $20.30 | | | CASH | $20.30 |
| 07/05/2017 | | VANBRIGGLE VASE | | | | $16.00 | 30% | $11.20 | $11.20 | | | CHARGE | $11.20 |
| 07/06/2017 | | POTTERY | | | | $10.00 | 30% | $7.00 | $7.00 | | | CHARGE | $7.00 |
| 07/08/2017 | | TRINKET DISH - BROKEN BY CUSTOMER | | | | $12.00 | 50% | $6.00 | $6.00 | | | CHARGE | $6.00 |
| 07/10/2017 | | LIMOGES BOX W/LID | | | | $18.00 | 30% | $12.60 | $12.60 | | | CASH | $12.60 |
| 07/10/2017 | | LIMOGES RING DISH | | | | $12.00 | 30% | $8.40 | $8.40 | | | CASH | $8.40 |
| 07/12/2017 | | WATER SKI | | | | $45.00 | 30% | $31.50 | $31.50 | | | CHARGE | $31.50 |
| 07/13/2017 | | HUMMEL MUSIC BOX | | | | $19.00 | 30% | $13.30 | $13.30 | | | CHARGE | $13.30 |
| 07/13/2017 | | STAR SHAPED DOILY | | | | $5.00 | 30% | $3.50 | $3.50 | | | CHARGE | $3.50 |
| 07/13/2017 | | 3 GARDEN ART @$5.00 | | | | $15.00 | 30% | $10.50 | $10.50 | | | CHARGE | $10.50 |
| 07/15/2017 | | WINDOW PLANTER | | | | $22.00 | 30% | $15.40 | $15.40 | | | CHARGE | $15.40 |
| 07/15/2017 | | GARDEN ART | | | | $5.00 | 30% | $3.50 | $3.50 | | | CHARGE | $3.50 |
| 07/17/2017 | | SQ DECANTER | | | | $29.00 | 30% | $20.30 | $20.30 | | | CASH | $20.30 |
| 07/20/2017 | | FENCE POST THING | | | | $5.00 | 30% | $3.50 | $3.50 | | | CHARGE | $3.50 |
| 07/24/2017 | | MARINERS LUNCH BOX | | | | $12.00 | | $12.00 | $12.00 | | | CASH | $12.00 |
| 07/26/2017 | | GREEN ROSEVILLE PER DLR | | | | $25.00 | | $25.00 | $25.00 | | | CASH | $25.00 |
| 07/26/2017 | | OIL PAINTING | | | | $35.00 | 30% | $24.50 | $24.50 | | | CHARGE | $24.50 |
| 07/27/2017 | | LARGE RED PULLEY | | | | $14.00 | 30% | $9.80 | $9.80 | | | CHARGE | $9.80 |

Gross Sales Subtotal $251.60    Net Sales Subtotal $251.60

| Total Rows: | 20 | Gross Retail: | $251.60 |
| Total Items: | 22 | Gross Resale: | |
| Average Price: | $11.44 | | |

| Fee Detail | Sales Commission @12% | 0.12 | ($30.19) |
|---|---|---|---|
| Credit Detail | Security | | $210.00 |
| | Security Ad | | $10.00 |

**Gross Sales** $251.60

**Amount Due Dealer** $441.41

*A five percent (5%) late fee of total Rent due shall be charged for each month Tenant's Rent is not paid in full by the 20th day of the month.
Late fees shall be due and payable by the first (1st) day of the following month. Interest shall accrue on all outstanding balances at the rate of twelve percent (12%) per annum.
This does not apply to consignors nor CAS dealers.*

8/7/2017

NOTE: LW=Layaway, RS=Reseller, Trans Fee includes applicable sales tax

1

Leslie Decker
28412 SE 216th Lane
Maple Valley, WA 98038
Email Address: mulax41@yahoo.com

22. **GOVERNING LAW/VENUE.** This Sublease shall be governed and construed in accordance with the laws of the State of Washington. Venue for any dispute arising from or in any way connected to this Sublease and/or to Tenant's occupancy of the Subleased Premises shall be in King County, Washington.

23. **SEVERABILITY.** In the event that any term, condition or other provision of this Sublease is determined to be invalid or otherwise unenforceable, the remaining terms, conditions and other provisions of this Sublease continue to be in full force and effect.

24. **NON-WAIVER.** The failure of Gilman Gallery in any one or more instance(s) to insist upon the strict performance of the terms, conditions or provisions of this Sublease, or to enforce any obligation stated in this Sublease, shall not be construed as a waiver or abandonment of Gilman Gallery's right to insist upon strict performance or to enforce any term, condition, provision or obligation in any future instance. 
Gallery's acceptance of a partial payment of any ob
without prejudice to Gilman Gallery's rights to collec

25. **MULTIPLE TENANTS.** The term "Tenant" as us
plural as well as the singular and Tenant's liabilities
shall be joint and several whenever there is more
Subleased Premises are occupied by more than one
execute this Sublease and shall be jointly and severa
full performance of all of Tenant's obligations und
limitation, the payment of rent.


Copy return to blue binder

26. **ENTIRE AGREEMENT.** This Sublease contain:
parties, and supersedes and replaces all prior negotia
agreements, whether written or oral, relating to the su
parties acknowledge and agree there have been
agreements of any kind whatsoever relating to the su
than what is expressed in this Sublease.

DATED this 7th day of July, 2015

TENANT: Leslie Decker        GILMAN GALLERY, INC.

By: _____          By: _Cohen_____

Its: _____         Its: _____

6

```
                                    325 2 1
                                    648
DECKER MARY L & RICHARD A
DECKERSTUFF
28412 SE 216TH LN
MAPLE VALLEY WA 98038 7729
```

........ DETACH HERE ........



STATE OF
WASHINGTON

# RESELLER PERMIT

Washington State Department of Revenue
PO Box 47476 • Olympia, WA 98504-7476 • 1-800-647-7706

**Issued to:**
601 647 469
DECKER MARY L & RICHARD A
DECKERSTUFF
28412 SE 216TH LN
MAPLE VALLEY WA 98038 7729

**Permit Number:** A34 5871 21
**Effective Date:** 12-03-2017
**Expiration Date:** 12-02-2021

**Business Activities:**
USED MERCHANDISE STORES

**This permit can be used to purchase:**
- Merchandise and inventory for resale without intervening use
- Ingredients, components, or chemicals used in processing new articles of tangible personal property produced for sale
- Feed, seed, seedlings, fertilizer, and spray materials by a farmer
- Materials and contract labor for retail/wholesale construction
- Items for dual purposes (see Purchases for Dual Purposes on back)

**This permit cannot be used to purchase:**
- Items for personal or household use
- Promotional items or gifts
- Items used in your business that are not resold, such as office supplies, equipment, tools, and equipment rentals
- Materials and contract labor for public road construction or U.S. government contracting (see Definitions on back)
- Materials and contract labor for speculative building

**This permit is no longer valid if the business is closed.**

**The business named on this permit acknowledges:**
- It is solely responsible for all purchases made under this permit
- Misuse of the permit:
  - Subjects the business to a penalty of 50 percent of the tax due, in addition to the tax, interest, and penalties imposed (RCW 82.32.291)

*Enclosed for ref. in tying my notes back to Wood rejection letter.*

| | |
|---|---|
| **Judge:** | Christopher M. Alston |
| **Chapter:** | 7 |
| **Hearing Date:** | Friday, October 5, 2018 |
| **Hearing Place:** | 700 Stewart St #7206<br>Seattle WA 98101 |
| **Hearing Time:** | 9:30 a.m. |
| **Response Date:** | Friday, September 28, 2018 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GILMAN GALLERY INC.<br><br>Debtor. | No. 17-13504-CMA<br><br>**Notice of Hearing and<br>Objection to Proof of Claim # 54** |

To: Clerk of Court
To: Office of the U.S. Trustee
To: Debtor
To: Debtor's attorney; and
To: Creditors/Claimants

M. Leslie Decker
PO Box 1443
Issaquah WA 98027

Edmund Wood, Chapter 7 Trustee herein, has filed papers with the Court objecting to the claim you filed in this case.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

OBJECTION TO CLAIM

Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382