**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

| | |
|---|---|
| David A. Gebben, Attorney At Law | THE HONORABLE CHRISTOPHER M. ALSTON |
| 1700 Seventh Avenue, Suite 2100 | Chapter 7 |
| Seattle, WA 98101 | Hearing Location: 700 Stewart Street, Room 7206 |
| | Seattle, WA 98101 |
| Ph. (206) 357-8456 | HEARING DATE/TIME: DECEMBER 7, 2018, 9:30 A.M. |
| Fax (206) 357-8401 | Response Date: November 30, 2018 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | NO. 17-13504-CMA |
| GILMAN GALLERY, INC., | ORDER AUTHORIZING TRUSTEE TO ABANDON AND DISPOSE OF SOME OF THE RECORDS OF THE DEBTOR COMPANY |
| Debtor. | |

THIS MATTER having come on before this Court, upon *Trustee's Motion To Abandon And Dispose Os Some Of The Records Of The Debtor Company* dated 11-15-18, as filed by Edmund J. Wood, Trustee, the Chapter 7 trustee herein ("trustee"), and this Court having reviewed the records and files herein related to that motion, including the *Notice Of Hearing* related to that motion, the *Certificate of Service* related to that *Notice Of Hearing*, and a statement of no opposition dated 12-3-18, and good cause appearing to this Court for entry of the following order in this matter, pursuant to 11 U.S.C. §554(a) and pursuant to Bankruptcy Rule(s) 6007 and/or 9013, now therefore it is

ORDER AUTHORIZING TRUSTEE TO ABANDON
AND DISPOSE OF SOME OF THE RECORDS
OF THE DEBTOR COMPANY                    -1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 17-13504-CMA    Doc 98    Filed 12/04/18    Ent. 12/04/18 14:38:01    Pg. 1 of 2

**Below is the Order of the Court.**

ORDERED that the trustee's proposal to abandon any records of the debtor company, including the banking records, tax records and other records that the trustee and/or his accountants, Quackenbush Hansen & Cogar, PLLC, took possession of during the course of this case, pursuant to 11 U.S.C. §554(a), as records that are burdensome to the bankruptcy estate and of inconsequential value to the bankruptcy estate, is approved and confirmed by this Court and the trustee and his accountants are authorized by this Court to dispose of those records at this time.

/ / / End of Order / / /

Presented by:
David A. Gebben, Attorney At Law

_/S/ David A. Gebben_
By: David A. Gebben, WSBA #16290
Counsel to the trustee

ORDER AUTHORIZING TRUSTEE TO ABANDON
AND DISPOSE OF SOME OF THE RECORDS
OF THE DEBTOR COMPANY                -2-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401