**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-13504-CMA |
| | § | |
| GILMAN GALLERY INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Edmund Wood, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,734.65 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,724.71 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $26,887.02 | | |

3) Total gross receipts of $31,611.73 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $31,611.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $26,887.02 | $26,887.02 | $26,887.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $12,850.00 | $26,467.41 | $13,204.83 | $4,724.71 |
| General Unsecured Claims (from **Exhibit 7**) | $323,067.53 | $482,841.02 | $287,316.01 | $0.00 |
| **Total Disbursements** | $335,917.53 | $536,196.45 | $327,407.86 | $31,611.73 |

4). This case was originally filed under chapter 7 on August 9, 2017. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2019              By:   /s/ Edmund Wood
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2013 Subaru Outback | 1129-000 | $11,000.00 |
| Wells Fargo Checking x0981 | 1129-000 | $10,063.73 |
| Travelers Property Casualty LC Agency refund | 1229-000 | $520.00 |
| P. Biallas preference settlement | 1241-000 | $10,000.00 |
| Refund from USPS | 1290-000 | $28.00 |
| **TOTAL GROSS RECEIPTS** | | $31,611.73 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Independence Bank | 4210-000 | $0.00 | $1.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Edmund Wood, Trustee | 2100-000 | NA | $3,911.17 | $3,911.17 | $3,911.17 |
| Edmund Wood, Trustee | 2200-000 | NA | $98.99 | $98.99 | $98.99 |
| International Sureties, Ltd | 2300-000 | NA | $2.79 | $2.79 | $2.79 |
| First Sound Bank | 2600-000 | NA | $836.32 | $836.32 | $836.32 |
| David A. Gebben, Attorney for Trustee | 3210-000 | NA | $12,908.00 | $12,908.00 | $12,908.00 |
| David A. Gebben, Attorney for Trustee | 3220-000 | NA | $66.50 | $66.50 | $66.50 |
| Quackenbush Hansen & Cogar, CPAs, PLLC, Accountant for Trustee | 3410-000 | NA | $7,714.00 | $7,714.00 | $7,714.00 |
| Quackenbush Hansen & Cogar, CPAs, PLLC, Accountant for Trustee | 3420-000 | NA | $249.25 | $249.25 | $249.25 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| James G. Murphy Co. - auctioneer commission, Auctioneer for Trustee | 3610-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $26,887.02 | $26,887.02 | $26,887.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Darlene Cohen | 5300-000 | $0.00 | $12,850.00 | $0.00 | $0.00 |
| 22 | Internal Revenue Service - Philadelphia | 5800-000 | $0.00 | $1,624.93 | $0.00 | $0.00 |
| 22A | Internal Revenue Service - Philadelphia | 5800-000 | $0.00 | $1,624.93 | $2,837.28 | $1,015.18 |
| 33 | WA Department of Revenue | 5800-000 | $0.00 | $10,059.66 | $10,059.66 | $3,599.36 |
| 53 | Wa. State Dept. Labor and Industries | 5800-000 | $0.00 | $307.89 | $307.89 | $110.17 |
| | Darlene Cohen | 5800-000 | $12,850.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $12,850.00 | $26,467.41 | $13,204.83 | $4,724.71 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sandy Marshall | 7100-000 | $0.00 | $2,781.80 | $2,781.80 | $0.00 |
| 2 | J&M Inventory, LLC | 7100-000 | $0.00 | $667.35 | $667.35 | $0.00 |
| 3 | Carina Sanchez | 7100-000 | $0.00 | $117.02 | $117.02 | $0.00 |
| 4 | Larisa and Alexander Golovan | 7100-000 | $0.00 | $511.88 | $511.88 | $0.00 |
| 5 | Daniel T. Anderson | 7100-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 6 | Diana C. Martin / Pickwick House Antiques | 7100-000 | $0.00 | $948.47 | $948.47 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Marsha Carvallho-Chun / Character Collectibles | 7100-000 | $0.00 | $650.00 | $650.00 | $0.00 |
| 8A | Charles Eberhardy | 7100-000 | $0.00 | $356.51 | $356.51 | $0.00 |
| 8 | Charles Eberhardy / Antique-Ible | 7100-000 | $0.00 | $401.06 | $0.00 | $0.00 |
| 9 | TVI, Inc. | 7100-000 | $37,106.44 | $89,929.68 | $89,929.68 | $0.00 |
| 10 | Stanley Access Technologies | 7100-000 | $199.57 | $199.57 | $199.57 | $0.00 |
| 11 | Hutchinson & Walter, PLLC | 7100-000 | $3,442.33 | $3,250.00 | $3,250.00 | $0.00 |
| 12 | Scarlett Cava / Imagination | 7100-000 | $0.00 | $1,009.81 | $1,009.81 | $0.00 |
| 13 | Scarlett Cava / Imagination | 7100-000 | $0.00 | $1,009.81 | $1,009.81 | $0.00 |
| 14 | Pam Biallas (Cougar Mountain Group) | 7100-000 | $0.00 | $328.24 | $328.24 | $0.00 |
| 15 | Marsha Carvalho / Character Coolectibles | 7100-000 | $0.00 | $650.00 | $650.00 | $0.00 |
| 16 | HMM Works LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Pamela Lee Biallas | 7100-000 | $4,584.14 | $4,585.14 | $0.00 | $0.00 |
| 17A | Pamela Lee Biallas | 7100-000 | $0.00 | $14,585.14 | $14,585.14 | $0.00 |
| 18 | Kimey L. Cox / Paris Market Chic | 7100-000 | $0.00 | $284.65 | $284.65 | $0.00 |
| 19a | Darlene Cohen | 7100-000 | $0.00 | $57,150.00 | $0.00 | $0.00 |
| 20 | HMM Works LLP | 7100-000 | $0.00 | $912.66 | $912.66 | $0.00 |
| 21a | Independence Bank | 7100-000 | $0.00 | $133,224.43 | $0.00 | $0.00 |
| 22u | Internal Revenue Service - Philadelphia | 7100-000 | $0.00 | $200.00 | $200.00 | $0.00 |
| 23 | HMMWORKS, LLC | 7100-000 | $0.00 | $912.66 | $912.66 | $0.00 |
| 24 | KSI Architecture & Planning | 7100-000 | $0.00 | $11,505.66 | $11,505.66 | $0.00 |
| 25 | Schlemlein Goetz Fick & Scruggs, PLLC | 7100-000 | $11,406.40 | $11,800.48 | $11,800.48 | $0.00 |
| 26 | Independence Bank | 7100-000 | $0.00 | $133,225.43 | $133,225.43 | $0.00 |
| 27 | Cynthia Martino | 7100-000 | $0.00 | $725.89 | $725.89 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | HMMWORKS, LLC | 7200-000 | $0.00 | $912.66 | $912.66 | $0.00 |
| 29 | Patsy Gibb | 7200-000 | $0.00 | $110.00 | $110.00 | $0.00 |
| 30 | 1816 221ST PL NE | 7200-000 | $0.00 | $225.00 | $225.00 | $0.00 |
| 31 | Janice Cromwell | 7200-000 | $0.00 | $46.00 | $46.00 | $0.00 |
| 32 | Merrilee George | 7200-000 | $0.00 | $78.95 | $78.95 | $0.00 |
| 34 | Sue Zimmerman | 7200-000 | $0.00 | $167.87 | $167.87 | $0.00 |
| 35 | Elizabeth Philips | 7200-000 | $0.00 | $37.50 | $37.50 | $0.00 |
| 36 | Carol Kennedy (#1298) | 7200-000 | $0.00 | $1,009.70 | $1,009.70 | $0.00 |
| 37 | Kathy Baker | 7200-000 | $0.00 | $297.77 | $297.77 | $0.00 |
| 38 | Heather Lewis | 7200-000 | $0.00 | $357.88 | $357.88 | $0.00 |
| 39 | Judith and Garrett Schwartz | 7200-000 | $0.00 | $116.12 | $116.12 | $0.00 |
| 40 | Diane E George | 7200-000 | $0.00 | $499.57 | $499.57 | $0.00 |
| 41 | Chris Woodworth | 7200-000 | $0.00 | $257.15 | $257.15 | $0.00 |
| 42 | 360 NW Dogwood Street | 7200-000 | $0.00 | $210.37 | $210.37 | $0.00 |
| 43 | Jane Emily Ulrich | 7200-000 | $0.00 | $245.00 | $245.00 | $0.00 |
| 44 | David McGhee | 7200-000 | $0.00 | $166.88 | $166.88 | $0.00 |
| 45w | Andrea Macaione | 7200-000 | $0.00 | $244.80 | $215.42 | $0.00 |
| 45d | Andrea Macaione | 7200-000 | $0.00 | $135.00 | $0.00 | $0.00 |
| 46 | William N. Taylor | 7200-000 | $0.00 | $441.49 | $441.49 | $0.00 |
| 47 | Annie Proulx | 7200-000 | $0.00 | $1,900.00 | $1,900.00 | $0.00 |
| 48 | Joellen Monson | 7200-000 | $0.00 | $15.75 | $15.75 | $0.00 |
| 49 | Susan Mochizuki | 7100-000 | $0.00 | $879.25 | $879.25 | $0.00 |
| 50 | Wilma Phillips | 7200-000 | $0.00 | $217.50 | $217.50 | $0.00 |
| 51 | Barbara Ecola | 7200-000 | $0.00 | $188.75 | $188.75 | $0.00 |
| 52 | Stephen Bucklew DBA SPB Woodworks | 7200-000 | $0.00 | $215.31 | $215.31 | $0.00 |
| 54 | M Leslie Decker | 7200-000 | $0.00 | $441.41 | $441.41 | $0.00 |
| | Bank of America | 7100-000 | $18,686.53 | $0.00 | $0.00 | $0.00 |
| | Darlene Cohen | 7100-000 | $57,150.00 | $0.00 | $0.00 | $0.00 |
| | Indendence Bank | 7100-000 | $134,022.95 | $0.00 | $0.00 | $0.00 |
| | KSI Architecture & Plng. | 7100-000 | $10,479.04 | $0.00 | $0.00 | $0.00 |
| | Savers, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Travelers | 7100-000 | $1,022.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank | 7100-000 | $44,968.13 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $323,067.53 | $482,841.02 | $287,316.01 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

UST Form 101-7-TDR (10/1/2010)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** 17-13504-CMA | **Trustee Name:** Edmund J. Wood |
| **Case Name:** GILMAN GALLERY INC. | **Date Filed (f) or Converted (c):** 08/09/2017 (f) |
| **For the Period Ending:** 2/5/2019 | **§341(a) Meeting Date:** 09/07/2017 |
| | **Claims Bar Date:** 12/22/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Bank of America x2873 | $908.65 | $908.65 | | $0.00 | FA |
| 2 | Wells Fargo Checking x0981 | $0.00 | $10,063.73 | | $10,063.73 | FA |
| 3 | Office furniture | $869.00 | $869.00 | | $0.00 | FA |
| **Asset Notes:** | Office furniture: (2) counters, (1) back counter, safe, refrigerator, coffee pot, water cooler, 7 x 9 carpet, office baskets, antique Chest, toilet seat holder, molding scrap, (3) lamps | | | | | |
| 4 | Equipment | $628.00 | $628.00 | | $0.00 | FA |
| **Asset Notes:** | Equipment, dolly's, ladders, carpet, molding, towel dispensers, utility tables, bosch tank, fire hydrants, security panels, industrial shelving, rolling rack, painting extension poles, security mirrors, broom and dustpan, l-Bracket hangers, small shredder, file cabinet, | | | | | |
| 5 | Office equipment, | $80.00 | $80.00 | | $0.00 | FA |
| **Asset Notes:** | including all computer equipment and communication systems equipment and software computers, equipment, HP office printer, office supplies | | | | | |
| 6 | NEC phones, courtesy phones, stip cords, vaccum, shop vac., stip cords, swiffer mops | $249.00 | $249.00 | | $0.00 | FA |
| 7 | 2013 Subaru Outback | $10,500.00 | $10,500.00 | | $11,000.00 | FA |
| **Asset Notes:** | 11/29/17 - docket 29 - Order Requiring Darlene Cohen to turn over vehicle to trustee. 01/16/18 - docket 34 - Second Order Requiring Debtor to turn over vehicle on or before 1.19.18. | | | | | |
| 8 | Refund from USPS **(u)** | $0.00 | $28.00 | | $28.00 | FA |
| 9 | Travelers Property Casualty LC Agency refund **(u)** | $0.00 | $520.00 | | $520.00 | FA |
| 10 | P. Biallas preference settlement **(u)** | $0.00 | $10,000.00 | | $10,000.00 | FA |

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $13,234.65 | $33,846.38 | $31,611.73 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/16/2018 | TFR submitted |
| 06/05/2018 | docket 59 - Order Auth 2004 - Bank of America |
| 05/24/2018 | docket 56 - Order Auth 2004 Exam - Wells Fargo Bank |
| 01/16/2018 | DKT 34 - (Second) Order compelling debtor to turn over vehicle on or before 1.19.18 |
| 11/09/2017 | Order entered authorizing employment of Quackenbush Hansen & Cogar as accountants for trustee. |
| 11/07/2017 | Order entered authorizing employment of Gebben as attorney for trustee |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-13504-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | GILMAN GALLERY INC. | Date Filed (f) or Converted (c): | 08/09/2017 (f) |
| For the Period Ending: | 2/5/2019 | §341(a) Meeting Date: | 09/07/2017 |
| | | Claims Bar Date: | 12/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  08/09/2019        **Current Projected Date Of Final Report (TFR):**  10/16/2018        /s/ EDMUND J. WOOD

EDMUND J. WOOD

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 17-13504-CMA | |
| Case Name: | GILMAN GALLERY INC. | |
| Primary Taxpayer ID #: | **-***9063 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/9/2017 | |
| For Period Ending: | 2/5/2019 | |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | First Sound Bank |
| Checking Acct #: | ******4342 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $78,753,461.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2017 | (2) | Wells Fargo Bank, N.A. | Turnover of Bank Funds | 1129-000 | $10,047.23 | | $10,047.23 |
| 08/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $47.51 | $9,999.72 |
| 09/18/2017 | (8) | United States Postal Service | Refund for post office box | 1290-000 | $28.00 | | $10,027.72 |
| 09/30/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.18 | $9,969.54 |
| 10/06/2017 | (9) | Travelers Property Casualty CL Agency | Insurance premium refund | 1229-000 | $520.00 | | $10,489.54 |
| 10/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.61 | $10,430.93 |
| 11/30/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.73 | $10,372.20 |
| 12/31/2017 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.65 | $10,313.55 |
| 01/17/2018 | (2) | Wells Fargo Bank NA | refund of balance in account x0981 | 1129-000 | $16.50 | | $10,330.05 |
| 01/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.59 | $10,271.46 |
| 02/28/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.52 | $10,212.94 |
| 03/26/2018 | 1000 | International Sureties, Ltd | 2018 bond premium (pro-rata share) | 2300-000 | | $2.79 | $10,210.15 |
| 03/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.44 | $10,151.71 |
| 04/30/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $58.36 | $10,093.35 |
| 05/02/2018 | | James G. Murphy Company | 2013 Subaru Outback | * | $9,900.00 | | $19,993.35 |
| | {7} | | Sale proceeds $11,000.00 | 1129-000 | | | $19,993.35 |
| | | | James G. Murphy Co. - auctioneer commission $(1,100.00) | 3610-000 | | | $19,993.35 |
| 05/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $70.48 | $19,922.87 |
| 06/06/2018 | (10) | Pamela Lee Biallas | Repayment of preference | 1241-000 | $10,000.00 | | $29,922.87 |
| 06/30/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $81.77 | $29,841.10 |
| 07/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $84.30 | $29,756.80 |
| 08/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $84.18 | $29,672.62 |
| 12/04/2018 | 1001 | David A. Gebben | Attorney fee per final order | 3210-000 | | $12,908.00 | $16,764.62 |
| 12/04/2018 | 1002 | David A. Gebben | Attorney expense per final order | 3220-000 | | $66.50 | $16,698.12 |
| 12/04/2018 | 1003 | Edmund Wood | Trustee Compensation | 2100-000 | | $3,911.17 | $12,786.95 |
| 12/04/2018 | 1004 | Edmund Wood | Trustee Expenses | 2200-000 | | $98.99 | $12,687.96 |
| 12/04/2018 | 1005 | Quackenbush Hansen & Cogar, CPAs, PLLC | Accountant fee per final order | 3410-000 | | $7,714.00 | $4,973.96 |
| | | | SUBTOTALS | | $30,511.73 | $25,537.77 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 17-13504-CMA |
| **Case Name:** | GILMAN GALLERY INC. |
| **Primary Taxpayer ID #:** | **-***9063 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/9/2017 |
| **For Period Ending:** | 2/5/2019 |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4342 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $78,753,461.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/04/2018 | 1006 | Quackenbush Hansen & Cogar, CPAs, PLLC | Accountant expense per final order | 3420-000 | | $249.25 | $4,724.71 |
| 12/04/2018 | 1007 | Internal Revenue Service - Philadelphia | Claim #: 22; Distribution Dividend: 35.78; Account Number: ; | 5800-000 | | $1,015.18 | $3,709.53 |
| 12/04/2018 | 1008 | WA Department of Revenue | Claim #: 33; Distribution Dividend: 35.78; Account Number: 9063; | 5800-000 | | $3,599.36 | $110.17 |
| 12/04/2018 | 1009 | Wa. State Dept. Labor and Industries | Claim #: 53; Distribution Dividend: 35.78; Account Number: ; | 5800-000 | | $110.17 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $30,511.73 | $30,511.73 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $30,511.73 | $30,511.73 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $30,511.73 | $30,511.73 | |

**For the period of  8/9/2017 to 2/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $31,611.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,611.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,611.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $31,611.73 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 08/11/2017 to 2/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $31,611.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,611.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,611.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $31,611.73 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 17-13504-CMA |
| **Case Name:** | GILMAN GALLERY INC. |
| **Primary Taxpayer ID #:** | **-***9063 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/9/2017 |
| **For Period Ending:** | 2/5/2019 |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4342 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $78,753,461.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,511.73 | $30,511.73 | $0.00 |

**For the period of 8/9/2017 to 2/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $31,611.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,611.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,611.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,611.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/09/2017 to 2/5/2019**

| | |
|---|---|
| Total Compensable Receipts: | $31,611.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,611.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $31,611.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,611.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EDMUND WOOD

EDMUND WOOD